IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE | § No. 211, 2020 |
| JEANETTE T. MCDOWELL TRUST | § |
| U/A 5/1/1996 | § Court Below—Court of Chancery |
| | § of the State of Delaware |
| | § |
| | § C.A. No. 2019-0515 |
| | § |

Submitted: April 23, 2021
Decided: April 26, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## ORDER

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Court of Chancery's decision dated March 8, 2021.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice